**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED-CLERK
U.S. DISTRICT COURT

2009 MAR 17 P 2:15

Maria Pacheco Bolanos,

Plaintiff-Petitioner,

v.

OSCAR AVILA, in his official capacity as Directory of Hudson County Correctional Facility, MICHAEL MUKASEY in his official capacity as Attorney General of the United States, HILLARY CLINTON in her official capacity as Secretary of State of the United States

Defendants-Respondents,

**Civil Action No.**

**Hon.** 09-1208 (JLL)

STATE OF NEW JERSEY )
)SS.:
COUNTY OF ESSEX )

Cathy Rodriguez, of full age, being duly sworn according to law, upon her oath, hereby deposes and says:

1. I am an employee at the law firm of Bailey & Orozco, LLC, attorneys for Plaintiff-Petitioner Maria Pacheco Bolanos, and I am not a party to this action..

2. On March 16, 2009, I caused Plaintiff-Petitioner's Writ of Habeas Corpus to be delivered via New Jersey Lawyer's Service upon the attorneys listed below:

Lakshmi Herman
Department of Justice
970 Broad Street, 7th Floor
Newark, NJ 07102

Cathy Rodgriguez

Sworn and subscribed to
before me this 13 day of March, 2009.

Howard Bailey, Attorney at Law, State of New Jersey