Date Mar 13 14:13:16 2009

UNITED STATES DISTRICT COURT
NEWARK

Receipt No. 029 015983
Cashier  rcarlisi

Tender Type CHECK

Check Number: 1094

Transaction Type  N

DO Code    Div No    Acct
4659        2        086900

Amount               $    5.00

MISCEL COPIES - SOLANOS V. AVILA, ET AL

HALEY, DUBLIN, LLC