UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE EXTRADITION:     Hon. Mark Falk
OF  :
MAGDELENA PACHECO BOLANOS  :     Mag. No. 08-3641
a/k/a "Maria Magdalena Pacheco Bolanos"
a/k/a "Veronica Giron Solares"
a/k/a "Maria Pacheco Carvajal"

## NOTICE OF APPEAL

Notice is hereby given that the Respondent, Magdelena Pacheco Bolanos, a/k/a Maria Magdealena Pacheco Bolanos, a/k/a Veronica Giron Solares, a/k/a Maria Pacheco Carvajal, in the above named case, "IN THE MATTER OF THE EXTRADITION OF MAGDELENA PACHECO BOLANOS, will hereby appeal to the United States Court of Appeals for the 3rd Circuit from the judgment for an order entered in this action on the 20th day of January, 2009, granting extradition in favor of the Government of Costa Rica.

_____     Dated: January 24, 2009
Michael Orozco

Attorney for Respondent Maria Magdelena Pacheco Bolanos

744 Broad Street

Suite 1901

Newark, NJ 07102