# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-1258

USA v. Magdalena Bolanos

2-08-mj-03641-001

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b). Costs are to be paid as specified in the agreement. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: March 4, 2009

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

George S. Leone, Esq.
Michael A. Orozco, Esq.