# United States District Court

**COMMITMENT**

| | |
|---|---|
| **DISTRICT** | New Jersey |

| UNITED STATES OF AMERICA v. MAGDALENA PACHECO BOLANOS | DOCKET NO. |
|---|---|
| | MAGISTRATE CASE NO. 08-3641 |

The above named defendant was arrested upon the complaint of

charging a violation of    18 USC § 3184

| **DISTRICT OF OFFENSE** New Jersey | DATE OF OFFENSE |
|---|---|

**DESCRIPTION OF CHARGES:**

Fugitive From Foreign Country to United States

**BOND IS FIXED AT**
$    Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_September 17, 2008_
Date

United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |