# BAILEY & OROZCO, LLC
## ATTORNEYS AT LAW

HOWARD W. BAILEY                                                              MICHAEL A. OROZCO

---

THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1901, NEWARK, N.J. 07102

PHONE: 973-693-4408                        WEB: WWW.NJ-CRIMINALDEFENSE.COM
FAX:   973-735-2719                                WWW.BOLEGAL.COM

MATTHEW BRYANT, *OF COUNSEL
*MEMBER OF NEW YORK BAR

July 7, 2009

**Via Electronic Filing**
Hon. Jose Linares
U.S. District Court,
District of New Jersey, Newark
M.L. King Jr, Federal Building & Courthouse, Room 5054
50 Walnut Street, P.O. Box 999
Newark, N.J. 07102

                         **Re: United States v. Maria Magdalena Pacheco Bolanos**
                         **Case No: 09-CV-1208**

Dear Judge Linares:

      Kindly disregard my prior communication requesting an audience before Your Honor. I have spoken to Lakshmi Herman regarding my client's issues and we have reached an understanding that does not require the Court's assistance.

                                     Sincerely,

                                     Michael Orozco

MAO/mao
cc:   Lakshmi Herman, Via First Class Mail