NOT FOR PUBLICATION **CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA PACHECO BOLANOS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> OSCAR AVILA, MICHAEL MUKASEY, ) <br> and HILLARY CLINTON, ) <br> ) <br> Respondents. ) <br> ) | Civ. Action. No.: 09-1208 (JLL) <br><br> **O R D E R** |

**LINARES, District Judge.**

This matter comes before the Court on the petition of Maria Pacheco Bolanos ("Petitioner" or "Bolanos") for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The United States of America ("the Government") submitted an answer in response to the petition, and Bolanos submitted a reply in furtherance of her petition. Also before the Court at this time is Bolanos's application for release on bail, which is opposed by the Government. No oral argument was held. Fed. R. Civ. P. 78. For the reasons set forth in the accompanying Opinion,

IT IS THIS \_\_\_24th\_\_\_ day of September, 2009,

**ORDERED** that the petition is DENIED; and it is further

**ORDERED** that Petitioner's application for bail is DENIED; and it is further

1

**ORDERED** that the Clerk administratively close this case.

                                              /s/ Jose L. Linares
                                              Hon. Jose L. Linares
                                              United States District Judge