UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Maria Pacheco Bolanos,<br><br>　　Plaintiff-Petitioner,<br>v.<br><br>OSCAR AVILA, in his official capacity as Directory of Hudson County Correctional Facility, MICHAEL MUKASEY in his official capacity as Attorney General of the United States, HILLARY CLINTON in her official capacity as Secretary of State of the United States<br><br>　　Defendants-Respondents, | Civil Action No. <u>2:09-cv-1208</u> |

## NOTICE OF APPEAL

Notice is hereby given that the Petitioner, Maria Pacheco Bolanos, in the above named case, "Maria Pacheco Bolanos v Oscar Vila, et. al.", will hereby appeal to the United States Court of Appeals for the Third Circuit, from the judgment for an order entered in this action on the 24th day of September, 2009, affirming the granting of extradition in favor of the Government of Costa Rica in a prior matter heard before Magistrate Mark Falk and decided on January 20th, 2009.

Michael Orozco/s/　　　　　　　　　　　Dated: November 14, 2009

Michael Orozco

Attorney for Appellant Maria Pacheco Bolanos

744 Broad Street

Suite 1901

Newark, NJ 07102