# BAILEY & OROZCO, LLC
## ATTORNEYS AT LAW

HOWARD W. BAILEY                                                    MICHAEL A. OROZCO

---

THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1901, NEWARK, N.J. 07102

PHONE: 973-693-4408                    WEB: WWW.NJ-CRIMINALDEFENSE.COM
FAX:   973-735-2719                                WWW.BOLEGAL.COM

MATTHEW BRYANT, *OF COUNSEL
*MEMBER OF NEW YORK BAR

November 19, 2009

**Via Electronic Filing and Facsimile**
Hon. Jose Linares
U.S. District Court,
District of New Jersey, Newark
M.L. King Jr, Federal Building & Courthouse, Room 5054
50 Walnut Street, P.O. Box 999
Newark, N.J. 07102

      **Re: United States v. Maria Magdalena Pacheco Bolanos**
      **Case No: 09-CV-1208**

Dear Judge Linares:

  Attached to this letter please find a copy of a proposed order staying extradition in the above captioned matter pending appeal.

          Sincerely,

          Michael Orozco

MAO/mao
cc: Lakshmi Herman, Via First Class Mail