UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Maria Pacheco Bolanos,

    Plaintiff-Petitioner,

v.

OSCAR AVILA, in his official capacity as Directory of Hudson County Correctional Facility, MICHAEL MUKASEY in his official capacity as Attorney General of the United States, HILLARY CLINTON in her official capacity as Secretary of State of the United States

    Defendants-Respondents,

Civil Action No. **2:09-cv-1208**

Hon. Jose Linares

## ORDER STAYING EXTRADITION PENDING APPEAL

This matter, having come before the Court by way of the Petitioner's application for a Writ of Habeas Corpus appealing an earlier decision ordering extradition, and the Court having denied the Plaintiff-Petitioner's application on September 24, 2009, and the attorneys for Bolanos having filed a timely Notice of Appeal on November 11, 2009

**IT IS** on this 19th day of November, 2009,

**ORDERED** that the Order issued on September 24, 2009 granting extradition and denying Plaintiff-Petitioner's writ is hereby STAYED, pending appeal on the part of Magdelena Pacheco Bolanos to the Third Circuit Court of Appeals.

**SO ORDERED.**

_____
JOSÉ LINARES
United State District Judge