UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIA PACHECO BOLANOS, | : | 09-CV-1208 |
| | : | Hon. JOSE L. LINARES |
| Petitioner, | : | |
| | : | ORDER LIFTING THE STAY OF THE ORDER CERTIFYING EXTRADITION |
| v. | : | |
| OSCAR AVILA, ERIC H. HOLDER, JR., and HILLARY CLINTON, | : | |
| | : | |
| Respondents. | | |

This matter having been brought before the Court upon the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lakshmi Srinivasan Herman, Assistant United States Attorney, appearing on behalf of the United States) and Gilberto M. Garcia, Esq. (appearing on behalf of Petitioner Maria Pacheco Bolanos) for an order lifting the stay of the order certifying extradition pending appeal, and the Court makes the following findings:

1. On January 20, 2009, the Hon. Mark Falk certified the Petitioner's extradition to Costa Rica;

2. On September 24, 2009, the Hon. Jose L. Linares denied the Petitioner's petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and her application for release on bail;

3. On November 19, 2009, the Hon. Jose L. Linares stayed the Order certifying the Petitioner's extradition to Costa Rica pending the Petitioner's appeal to the United States Court of Appeals for the Third Circuit (attached as Exhibit 1).

4. On July 8, 2010, the Petitioner filed a Motion for Voluntary Dismissal of Appeal Pursuant to Federal Rule of Appellate Procedure 42(b) (the "Motion") with the United States Court of Appeals for the Third Circuit (attached as Exhibit 2).

5. On July 20, 2010, the United States Court of Appeals for the Third Circuit dismissed the Petitioner's case pursuant to her Motion (attached as Exhibit 3).

IT IS on this 12th day of August 2010,

ORDERED that the stay of the Order certifying the Petitioner's extradition is hereby LIFTED.

HON. JOSE L. LINARES
United States District Judge

We consent to the form and entry of
this Order Lifting The Stay Of The
Order Certifying Extradition:

PAUL J. FISHMAN
United States Attorney

_____
LAKSHMI SRINIVASAN HERMAN
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07101


GARCIA AND KRICKO

_____
GILBERTO M. GARCIA, ESQ.
Court Plaza South
West Wing, Suite 350
21 Main Street
Hackensack, New Jersey 07601